# Court of Appeals
# of the State of Georgia

ATLANTA,  May 26, 2022

*The Court of Appeals hereby passes the following order:*

**A22A0217.  WEATHERSPOON v. HEALTHY PET et al.**

We granted Michael Weatherspoon's application for discretionary review of an order of the Superior Court of Wayne County affirming the decision of the State Board of Workers' Compensation to deny his claim for temporary total disability benefits. After careful review of the entire record in this case, we conclude that the application for discretionary review was improvidently granted, and it is ordered that this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/26/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.* Stephen E. Castlen